UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Mary Hersey</u>

        v.                              Civil No. 10-cv-486-LM

<u>WPB Partners, LLC</u>


<u>O R D E R</u>

     Upon removal this court treats state court counsel of record as counsel of record in this court.  In an attachment to plaintiff's pro se objection to the pending motion to dismiss, Attorney Hanson represents that he was providing limited representation to the plaintiff in state court, that he is not a member of this court's bar, and that it is his understanding the plaintiff will be representing herself pro se in this case.  Based on this representation and the fact that the plaintiff has filed a pro se objection to the motion to dismiss, the court will suspend both the requirement that Attorney Hanson file a motion to withdraw (LR 83.6(d)) and the local rule that prohibits represented litigants from filing pleadings in a case (LR 4.3(e)).  Therefore, Attorney Hanson shall be permitted to withdraw as counsel in this case and Ms. Hersey shall be permitted to represent herself pro se.

SO ORDERED.

November 24, 2010                              /s/ Landya B. McCafferty
                                               Landya B. McCafferty
                                               United States Magistrate Judge

cc:   Jon S.B.C. Hanson, Esq.
      Christopher J. Somma, Esq.
      Mary Hersey